**Fill in this information to identify the case:**

Debtor 1    Mark Duane Weedin

Debtor 2    Margaret Rose Weedin
(Spouse, if filing)

United States Bankruptcy Court for the:    Kansas City    District of    KS
                                                                    (State)

Case number    14-20865

## Form 4100R

# Response to Notice of Final Cure Payment                              10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

---

### Part 1:    Mortgage Information

**Name of creditor:**    U.S. Bank Trust National Association as Trustee of the Bungalow Series III
Trust c/o BSI Financial Services, Inc.

**Court claim no.** (if known):    5

**Last 4 digits** of any number you use to identify the debtor's account:    3  3  7  7

**Property address:**    811 Medford Circle
                        Number      Street

                        _____

                        Olathe                    KS          66062
                        City                      State       ZIP Code

---

### Part 2:    Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date
of this response is:                                                                                          $ _____

---

### Part 3:    Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of
the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    ___/___/____
                                                                MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5)
of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                          (a)  $ 1,421.14

b.  Total fees, charges, expenses, escrow, and costs outstanding:   +  (b)  $   500.00

c.  **Total**. Add lines a and b.                                      (c)  $ 1,921.14

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became
due on:                                                          09 / 01 / 2019
                                                                 MM / DD / YYYY

---

| **Part 4:** | **Itemized Payment History** |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| **Part 5:** | **Sign Here** |

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ ___David V. Noyce___              Date _11 / 14 / 2019_
     Signature

Print ___David V. Noyce___          Title _Attorney at Law_____
     First Name     Middle Name     Last Name

Company ___Marinosci Law Group___

**If different from the notice address listed on the proof of claim to which this response applies:**

Address ___11111 Nall Ave., Suite 104___
     Number          Street

___Leawood___          KS          66211
City                State       ZIP Code

Contact phone _(913 )_ _800_– _2021_          Email _dnoyce@mlg-defaultlaw.com_

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 11/14/2019

Chapter    13 Trustee: William H. Griffin

Trustee Address:

Trustee Email: inquiries@13trusteekc.com

Debtor's Counsel Name: Jason C Amerine

Debtor's Counsel Address:

Debtor's Counsel Email: ks-ecf@castlelaw-kc.com

Debtor 1 Name: Mark Duane Weedin

Debtor 2 Name  Margaret Rose Weedin

Debtor's Mailing Address:  811 Medford Circle, Olathe, KS 66062

Debtor Email:

_/s/_ David V. Noyce


BSI Financial Services

| Payment Changes | | | | |
|---|---|---|---|---|
| Date | P&I | Escrow | Total | Notice Filed |
| 05/01/14 | | $620.53 | $620.53 | POC |
| | | $0.00 | | |
| | | $0.00 | | |
| | | $0.00 | | |
| | | $0.00 | | |
| | | $0.00 | | |
| | | $0.00 | | |
| | | $0.00 | | |
| | | $0.00 | | |

| Loan Information | |
|---|---|
| Loan # | |
| Borrower | MARGARET R WEEDIN |
| BK Case # | 14-20865 |
| Date Filed | 04/15/14 |
| First Post Petition Due Date | 05/01/14 |
| POC Covers | 4/1/14 - 5/1/14 |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/29/2014 | $733.28 | 05/01/14 | | $620.53 | $112.75 | $112.75 | | $112.75 | | | $0.00 | $0.00 | |
| 7/7/2014 | $620.53 | 06/01/14 | | $620.53 | $0.00 | | | $112.75 | | | $0.00 | $0.00 | |
| 7/18/2014 | $620.53 | 07/01/14 | | $620.53 | $0.00 | | | $112.75 | | | $0.00 | $0.00 | |
| 8/29/2014 | $620.53 | 08/01/14 | | $620.53 | $0.00 | | | $112.75 | | | $0.00 | $0.00 | |
| 1/28/2015 | $1,241.06 | 09/01/14 | | $620.53 | $620.53 | $620.53 | | $733.28 | | | $0.00 | $0.00 | |
| 1/28/2015 | | 10/01/14 | | $620.53 | -$620.53 | | $620.53 | $112.75 | | | $0.00 | $0.00 | |
| 2/3/2015 | $1,861.59 | 11/01/14 | | $620.53 | $1,241.06 | $1,241.06 | | $1,353.81 | | | $0.00 | $0.00 | |
| 2/3/2015 | | 12/01/14 | | $620.53 | -$620.53 | | $620.53 | $733.28 | | | $0.00 | $0.00 | |
| 2/3/2015 | | 01/01/15 | | $620.53 | -$620.53 | | $620.53 | $112.75 | | | $0.00 | $0.00 | |
| 3/12/2015 | $620.53 | 02/01/15 | | $620.53 | $0.00 | | | $112.75 | | | $0.00 | $0.00 | |
| 3/27/2015 | $620.53 | 03/01/15 | | $620.53 | $0.00 | | | $112.75 | | | $0.00 | $0.00 | |
| 4/27/2015 | $620.53 | 04/01/15 | | $620.53 | $0.00 | | | $112.75 | | | $0.00 | $0.00 | |
| 5/29/2015 | $620.53 | 05/01/15 | | $620.53 | $0.00 | | | $112.75 | | | $0.00 | $0.00 | |
| 6/25/2015 | $620.53 | 06/01/15 | | $620.53 | $0.00 | | | $112.75 | | | $0.00 | $0.00 | |
| 9/29/2015 | $2,199.84 | 07/01/15 | | $620.53 | $1,579.31 | $1,579.31 | | $1,692.06 | | | $0.00 | $0.00 | |
| 9/29/2015 | | 08/01/15 | | $620.53 | -$620.53 | | $620.53 | $1,071.53 | | | $0.00 | $0.00 | |
| 9/29/2015 | | 09/01/15 | | $620.53 | -$620.53 | | $620.53 | $451.00 | | | $0.00 | $0.00 | |
| 10/30/2015 | $733.28 | 10/01/15 | | $620.53 | $112.75 | $112.75 | | $563.75 | | | $0.00 | $0.00 | |
| 11/30/2015 | $733.28 | 11/01/15 | | $620.53 | $112.75 | $112.75 | | $676.50 | | | $0.00 | $0.00 | |
| 12/30/2015 | $733.28 | 12/01/15 | | $620.53 | $112.75 | $112.75 | | $789.25 | | | $0.00 | $0.00 | |
| 1/29/2016 | $733.28 | 01/01/16 | | $620.53 | $112.75 | $112.75 | | $902.00 | | | $0.00 | $0.00 | |
| 2/29/2016 | $733.28 | 02/01/16 | | $620.53 | $112.75 | $112.75 | | $1,014.75 | | | $0.00 | $0.00 | |
| 3/31/2016 | $620.53 | 03/01/16 | | $620.53 | $0.00 | | | $1,014.75 | | | $0.00 | $0.00 | |
| 5/2/2016 | $620.53 | 04/01/16 | | $620.53 | $0.00 | | | $1,014.75 | | | $0.00 | $0.00 | |
| 5/31/2016 | $620.53 | 05/01/16 | | $620.53 | $0.00 | | | $1,014.75 | | | $0.00 | $0.00 | |
| 6/30/2016 | $620.53 | 06/01/16 | | $620.53 | $0.00 | | | $1,014.75 | | | $0.00 | $0.00 | |
| 7/28/2016 | $620.53 | 07/01/16 | | $620.53 | $0.00 | | | $1,014.75 | | | $0.00 | $0.00 | |
| 8/31/2016 | $620.53 | 08/01/16 | | $620.53 | $0.00 | | | $1,014.75 | | | $0.00 | $0.00 | |
| 10/4/2016 | $620.53 | 09/01/16 | | $620.53 | $0.00 | | | $1,014.75 | | | $0.00 | $0.00 | |
| 11/2/2016 | $620.53 | 10/01/16 | | $620.53 | $0.00 | | | $1,014.75 | | | $0.00 | $0.00 | |
| 12/1/2016 | $620.53 | 11/01/16 | | $620.53 | $0.00 | | | $1,014.75 | | | $0.00 | $0.00 | |
| 12/29/2016 | $620.53 | 12/01/16 | | $620.53 | $0.00 | | | $1,014.75 | | | $0.00 | $0.00 | |
| 2/3/2017 | $620.53 | 01/01/17 | | $620.53 | $0.00 | | | $1,014.75 | | | $0.00 | $0.00 | |
| 3/6/2017 | $632.23 | 02/01/17 | | $620.53 | $11.70 | | | $1,014.75 | | | $0.00 | $0.00 | |
| 4/7/2017 | $620.53 | 03/01/17 | | $620.53 | $0.00 | | | $1,014.75 | | | $0.00 | $0.00 | |
| 5/5/2017 | $620.53 | 04/01/17 | | $620.53 | $0.00 | | | $1,014.75 | | | $0.00 | $0.00 | |
| 7/10/2017 | $237.20 | 05/01/17 | | $620.53 | -$383.33 | | $383.33 | $631.42 | | | $0.00 | $0.00 | |
| 10/9/2017 | $329.77 | 06/01/17 | | $620.53 | -$290.76 | | $290.76 | $340.66 | | | $0.00 | $0.00 | |
| 10/10/2017 | $620.53 | 07/01/17 | | $620.53 | $0.00 | | | $340.66 | | | $0.00 | $0.00 | |
| 10/16/2017 | $620.53 | 08/01/17 | | $620.53 | $0.00 | | | $340.66 | | | $0.00 | $0.00 | |
| 11/1/2017 | $620.53 | 09/01/17 | | $620.53 | $0.00 | | | $340.66 | | | $0.00 | $0.00 | |
| 11/17/2017 | $620.53 | 10/01/17 | | $620.53 | $0.00 | | | $340.66 | | | $0.00 | $0.00 | |
| 12/5/2017 | $620.53 | 11/01/17 | | $620.53 | $0.00 | | | $340.66 | | | $0.00 | $0.00 | |
| 1/2/2018 | $620.53 | 12/01/17 | | $620.53 | $0.00 | | | $340.66 | | | $0.00 | $0.00 | |
| 2/5/2018 | $620.53 | 01/01/18 | | $620.53 | $0.00 | | | $340.66 | | | $0.00 | $0.00 | |
| 3/19/2018 | $620.53 | 02/01/18 | | $620.53 | $0.00 | | | $340.66 | | | $0.00 | $0.00 | |
| 4/17/2018 | $620.53 | 03/01/18 | | $620.53 | $0.00 | | | $340.66 | | | $0.00 | $0.00 | |
| 5/7/2018 | $620.53 | 04/01/18 | | $620.53 | $0.00 | | | $340.66 | | | $0.00 | $0.00 | |
| 9/20/2018 | $620.53 | 05/01/18 | | $620.53 | $0.00 | | | $340.66 | | | $0.00 | $0.00 | |
| 10/17/2018 | $620.53 | 06/01/18 | | $620.53 | $0.00 | | | $340.66 | | | $0.00 | $0.00 | |
| 1/22/2019 | $1,340.85 | 07/01/18 | | $620.53 | $720.32 | $720.32 | | $1,060.98 | | | $0.00 | $0.00 | |
| 1/22/2019 | | 08/01/18 | | $620.53 | -$620.53 | | $620.53 | $440.45 | | | $0.00 | $0.00 | |
| 3/5/2019 | $620.53 | 09/01/18 | | $620.53 | $0.00 | | | $440.45 | | | $0.00 | $0.00 | |
| 3/18/2019 | $620.53 | 10/01/18 | | $620.53 | $0.00 | | | $440.45 | | | $0.00 | $0.00 | |
| 4/1/2019 | $620.53 | 11/01/18 | | $620.53 | $0.00 | | | $440.45 | | | $0.00 | $0.00 | |
| 4/15/2019 | $620.53 | 12/01/18 | | $620.53 | $0.00 | | | $440.45 | | | $0.00 | $0.00 | |
| 5/7/2019 | | Trustee Payment | | | $0.00 | | | $440.45 | $120.65 | | $120.65 | $120.65 | |
| 5/29/2019 | $620.53 | 1/1/2019 | | $620.53 | $0.00 | | | $440.45 | | | $120.65 | $120.65 | |
| 6/20/2019 | | Trustee Payment | | | $0.00 | | | $440.45 | $86.08 | | $206.73 | $206.73 | |
| 6/28/2019 | $620.53 | 2/1/2019 | | $620.53 | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/23/2019 | $620.53 | 3/1/2019 | | $620.53 | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| 8/20/2019 | $620.53 | 4/1/2019 | | $620.53 | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| 9/23/2019 | $620.53 | 5/1/2019 | | $620.53 | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| 9/25/2019 | $620.53 | 6/1/2019 | | $620.53 | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| 10/29/2019 | $620.53 | 7/1/2019 | | $620.53 | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| 11/5/2019 | $620.53 | 8/1/2019 | | $620.53 | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| PAYMENTS DUE | | 9/1/2019 | | $620.53 | -$620.53 | | | $440.45 | | | $206.73 | $206.73 | |
| | | 10/1/2019 | | $620.53 | -$620.53 | | | $440.45 | | | $206.73 | $206.73 | |
| | | 11/1/2019 | | $620.53 | -$620.53 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |
| | | | | | $0.00 | | | $440.45 | | | $206.73 | $206.73 | |